UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICE ANTOINETTE SMITH BULLARD,

    Defendant,

Case No.: 2:25-CR-00083-TPB-KCD

## ORDER MODIFYING CONDITIONS OF RELEASE

This cause comes to the Court for consideration of Defendant's oral motion to modify condition of release which was made during Defendant's arraignment hearing on 6/16/25.

Upon consideration, it is hereby **ORDERED** that:

1. The request to modify conditions of release is **GRANTED**.

2. Defendant's conditions of release are modified to permit Defendant to travel to the Southern District of Florida for medical appointments as needed and with prior approval from Pretrial Services.

**ORDERED** in Fort Myers, Florida on June 16, 2025.

Kyle C. Dudek
United States Magistrate Judge